In re:     Case No. 22-02005-HWV
Michael A. Stewart     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: admin     Page 1 of 2
Date Rcvd: Jan 19, 2023     Form ID: 318     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Stewart, 1612 Briggs Street, Harrisburg, PA 17103-1439 |
| 5501596 | | Capital Tax Collection bureau, 506 State Street, Harrisburg, PA 17106 |
| 5501597 | + | Dauphin County Tax Claim Bureau, 2 South Second Street, Harrisburg, PA 17101-2047 |
| 5501599 | | First Premier Bank, Attn Bankruptcy, Sioux Falls, SD 57117 |
| 5501600 | | Gary Imblum, Imblum Law Offices, P.C., Harrisburg, PA 17111 |
| 5501604 | + | Keystone Collection Group, PO Box 504, Irwin, PA 15642-0504 |
| 5501605 | + | Pennsylvania Deparment of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5512337 | + | Select Portfolio Servicing, Inc. as servicer for U, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5501601 | + | EDI: IRS.COM | Jan 19 2023 23:44:00 | Internal Revenue Service, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0001 |
| 5502018 | + | EDI: PENNDEPTREV | Jan 19 2023 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5502018 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2023 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5501608 | + | EDI: PRA.COM | Jan 19 2023 23:44:00 | Porfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5501609 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 19 2023 18:41:00 | Select Portfolio Services, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Select Portfolio Servicing, Inc. as servicer for U, c/o Friedman Vartolo LLP, 1325 Franklin Ave Suite 160, Garden City, NY 11530-1631 |
| 5501598 | *+ | Dauphin County Tax Claim Bureau, 2 South Second Street, Harrisburg, PA 17101-2047 |
| 5501603 | *+ | Internal Revenue Service, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0001 |
| 5501602 | *+ | Internal Revenue Service, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0001 |
| 5501606 | *+ | Pennsylvania Deparment of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5501607 | *+ | Pennsylvania Deparment of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023　　　　　　　　Signature:　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Michael A. Stewart cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jason Brett Schwartz | on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R5, Mortgage-Back jschwartz@friedmanvartolo.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Michael Patrick Farrington | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R5, Mortgage-Backed Notes, Series 2021-R5 mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | | |
|---|---|---|
| Debtor 1 | Michael A. Stewart<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5201<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:22-bk-02005-HWV | |

# Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael A. Stewart

1/19/23

**By the court:** _Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2